In the Matter of the Application of the CITY OF NEW YORK, Appellant, to Acquire Certain Real Estate in the Town of Hempstead for Purposes of Water Supply.

WILLIAM DeC. WHITE et al., Respondents.

(Submitted February 8, 1909; decided February 16, 1909.)

Motion to amend remittitur denied, without costs. (See 192 N. Y. 569.)

---

EDWARD J. DUNPHY, as Executor of KATHARINE D. CALLAHAN, Deceased, Appellant, v. CORNELIUS CALLAHAN, Respondent.

*Dunphy* v. *Callahan*, 126 App. Div. 11, 956, affirmed.
(Submitted February 8, 1909; decided February 23, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1908, which affirmed an order of Special Term denying a motion to vacate or modify a judgment charging the plaintiff personally with the costs of an action brought by him as executor to recover personal property which he claimed belonged to the estate of his decedent.

The following question was certified : " Was the clerk authorized to enter judgment for costs against the plaintiff personally upon the verdict of a jury for the defendant, where the action is brought by the plaintiff as executor of the decedent to recover personal property which the executor claimed belonged to the estate ? "

*James Z. Pearsall* for appellant.

*John V. Judge* and *John T. Fenlon* for respondent.

Order affirmed, with costs; question certified answered in the affirmative on prevailing opinion below.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.